**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | DAS HUND HAUS, INC. |
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 45-3614861 |

4. Debtor's address

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 3210 REYNOLDS ROAD <br> Lakeland, FL 33803 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Polk | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)  _____

6. Type of debtor

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor  **DAS HUND HAUS, INC.**      Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply:*
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

Debtor  **DAS HUND HAUS, INC.**    Case number (*if known*) _____
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**
*Check all that apply:*
■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**
*Check one:*
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **DAS HUND HAUS, INC.**  Case number (*if known*)
　　　　Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **DAS HUND HAUS, INC.**   Case number (*if known*)
              Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 24, 2025**
                        MM / DD / YYYY

X  *[signed] Jill S. Wallace*         **Jill Wallace**
   Signature of authorized representative of debtor      Printed name

Title   **President**

**18. Signature of attorney**

X  *[signed]*                         Date  **May 24, 2025**
   Signature of attorney for debtor                    MM / DD / YYYY

**Matthew J Kovschak**
Printed name

**Sutton Law Firm**
Firm name

**325 W Main Street**
**Bartow, FL 33830**
Number, Street, City, State & ZIP Code

Contact phone  **8635338912**   Email address  **mjkovschak@aol.com**

**602876 FL**
Bar number and State

**United States Bankruptcy Court**
**Middle District of Florida**

In re   DAS HUND HAUS, INC.                                      Case No.
                              Debtor(s)                          Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   May 24, 2025                         *Jill S. Wallace* (signature)
                                             Jill Wallace/President
                                             Signer/Title

DAS HUND HAUS, INC.
3210 REYNOLDS ROAD
Lakeland, FL 33803

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Velocity Capital Funding
1 Penn Plaza, 44th Floor
New York, NY 10119

Matthew J Kovschak
Sutton Law Firm
325 W Main Street
Bartow, FL 33830

Jason Gang
The Law Office of Jason Gang
1245 Hewlett Plaza #478
Hewlett, NY 11557

Vincent F Simmons Jr
Post Office Box 367
Eaton Park, FL 33840

Agostinelli, Linda Ann
9040 Pine Tree Dr
Lakeland, FL 33809-1670

Joseph Jacobs
Ershowsky Verstanding PLLC
290 Central Avenue
Lawrence, NY 11559

VOX Funding
100 Park Avenue
31st Floor
New York, NY 10017

APP Funding Beta LLC
29 West 36th Street
New York, NY 10018

JPMorgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203

Chase Bank U S A, N.A.
c/o Jamie Dimon
201 N Walnut Street
Wilmington, DE 19801

Liberty Funding Source LLC
180 Maiden Lane Floor 10
New York, NY 10038

CREWS Bank & Trust
c/o Elan Financial Services
Post Office Box 790408
ME 04080

Rapid Finance
4500 East West Highway
6th Floor
Bethesda, MD 20814

FAMILY BUSINESS FUND LLC
BISENTI, VALERIA, Reg Agent
101 Plaza Real South
Suite 216
Boca Raton, FL 33432

Steven Zakharyayev
10 West 37th Street RM 602
New York, NY 10018

Family Funding Group LLC
1021 38th St
Brooklyn, NY 11219

U.S. Attorney's Office
400 North Tampa Street
Suite 3200
Tampa, FL 33602

Fenix Funding
9265 4th Ave 2nd Floor
Brooklyn, NY 11209

U.S. Small Business Administ
7825 Baymeadows Way
Suite 100-B
Jacksonville, FL 32256